Jamie G. Goldstein (SBN: 302479)
Kelsey L. Campbell (SBN: 324015)
**ARIAS SANGUINETTI WANG & TEAM LLP**
2033 N Main Street, Suite 1000
Walnut Creek, CA 94596
Telephone: (510) 629-4877
Facsimile: (510) 291-9742
jamie@aswtlawyers.com
kelsey@aswtlawyers.com
*For electronic service, also include:*
ncservice@aswtlawyers.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GARY HARRISON and SUSAN HARRISON, individually and as Successors in Interest of the Estate of KYLE HARRISON, | CASE NO. 3:25-cv-11087-AMO |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER RE STIPULATION TO CONTINUE DEADLINES RELATING TO DEFENDANTS' MOTION TO DISMISS (ECF 17)** |
| vs. | |
| COUNTY OF SAN MATEO; SHERIFF CHRISTINA CORPUS; DEPUTY SHERIFF TRAINEE MAXWELL RAUENBUEHLER; SAN MATEO COUNTY CORRECTIONAL HEALTH SERVICES; MICHAEL DEL ROSARIO; ANTHONY ARELLANO; R.N.; and DOES 1-40, | |
| Defendants. | |

Upon Stipulation of the parties, and good cause appearing, it is hereby ordered:

The Response deadline relating to Defendants' Motion to Dismiss is April 20, 2026, and the Reply deadline is April 30, 2026.

**IT IS SO ORDERED.**

Dated: ___3/26/2026___          _____
                                HON. ARACELI MARTÍNEZ-OLGUÍN
                                UNITED STATES DISTRICT JUDGE