Adam Stoddard SB No. 272691
Marc G. Cowden SB No. 169391
ZENERE COWDEN & STODDARD APC
2005 De La Cruz Blvd., Suite 240
Santa Clara, CA 95050
(408) 430-3551
astoddard@zcslawfirm.com
mcowden@zcslawfirm.com

Attorneys for Defendants COUNTY OF SAN MATEO (also sued herein as SAN MATEO COUNTY CORRECTIONAL HEALTH SERVICES), SHERIFF CHRISTINA CORPUS, DEPUTY SHERIFF TRAINEE MAXWELL RAUENBUEHLER, MICHAEL DEL ROSARIO, and ANTHONY ARELLANO, R.N.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HARRISON and SUSAN HARRISON, individually and as Successors in Interest of the Estate of KYLE HARRISON, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN MATEO; SHERIFF CHRISTINA CORPUS; DEPUTY SHERIFF TRAINEE MAXWELL RAUENBUEHLER; SAN MATEO COUNTY CORRECTIONAL HEALTH SERVICES; MICHAEL DEL ROSARIO; ANTHONY ARELLANO; R.N.; and DOES 1-40, <br><br> Defendants. | Case No.: 3:25-cv-11087-AMO <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO 12(B)(6) AND (F)** <br><br> Complaint Filed: December 30, 2025 <br><br> Date:  June 18, 2026 <br> Time:  2:00 p.m. <br> Dept:  Courtroom 10 — 19th Floor <br> District Judge Araceli Martinez-Olguin |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 18, 2026 at 2:00 p.m., or as soon thereafter as the matter can be heard in Courtroom 10 – 19th Floor, of the United States District Court for the United States District Court Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, Defendants COUNTY OF SAN MATEO (also sued herein as SAN MATEO COUNTY CORRECTIONAL HEALTH SERVICES), SHERIFF CHRISTINA CORPUS, DEPUTY SHERIFF TRAINEE MAXWELL RAUENBUEHLER, MICHAEL DEL

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO 12(B)(6) AND (F) - 1

ROSARIO, and ANTHONY ARELLANO, R.N. ("Defendants") will move the court for dismissal of the Complaint of GARY HARRISON and SUSAN HARRISON, individually and as Successors in Interest of the Estate of KYLE HARRISON pursuant to Federal Rules of Civil Procedure 12(b)(6).

Defendants' motion is made on the grounds that:

A.    The Doe Defendants Must be Dismissed

B.    The First Cause of Action (Deliberate Indifference to Serious Medical Needs) Cannot be Maintained Against the County

C.    The First Cause of Action (Deliberate Indifference to Serious Medical Needs) Fails to State Sufficient Facts

D.    The Second Cause of Action (Deliberate Indifference – Failure to Protect From Harm) Cannot be Maintained Against the County

E.    The Second Cause of Action (Deliberate Indifference – Failure to Protect From Harm) Fails to State Sufficient Facts

F.    The Third Cause of Action (Loss of Familial Relationship) Cannot be Maintained Against the County

G.    The Third Cause of Action (Loss of Familial Relationship) Cannot be Maintained Against the County

H.    The Fourth Cause of Action (Survival Actions – Medical Malpractice) Fails to State Sufficient Facts

I.    The Fifth Cause of Action (Survival Actions – Violation of Gov. Code 844.6 and 845.6) Fails to State Sufficient Facts

J.    The Sixth Cause of Action (Survival Actions – Violation of Gov. Code 815.2 – Negligent Supervision, Training, Hiring and Retention) Fails to State Sufficient Facts

K.    The Seventh Cause of Action (Wrongful Death) Fails to State Sufficient Facts

L.    The Eighth Cause of Action (Negligence) Fails to State Sufficient Facts

M.    Punitive Damages and Prayers for Attorneys' Fees Must be Stricken

N.    The Prayer for Lost Wages/Earning Capacity Must be Stricken

Defendants' motion is based on this notice, the attached memorandum of points and authorities, all the pleadings and papers in this action, and any oral argument that may be entertained by the Court at the hearing on this matter.

Dated: April 21, 2026                    ZENERE COWDEN & STODDARD APC

                                                     _____

ADAM STODDARD
MARC COWDEN
Attorneys for Defendants COUNTY OF SAN MATEO (also sued herein as SAN MATEO COUNTY CORRECTIONAL HEALTH SERVICES), SHERIFF CHRISTINA CORPUS, DEPUTY SHERIFF TRAINEE MAXWELL RAUENBUEHLER, MICHAEL DEL ROSARIO, and ANTHONY ARELLANO, R.N.

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO 12(B)(6) AND (F) - 3