UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY HARRISON, et al.,

Plaintiffs,

v.

COUNTY OF SAN MATEO, et al.,

Defendants.

Case No. 25-cv-11087-AMO

**ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE & SETTING DEADLINE TO CONSENT/DECLINE MAGISTRATE JUDGE JURISDICTION**

The motion to dismiss hearing and case management conference currently set for July 30, 2026 are **CONTINUED** to September 3, 2026 at 2:00p.m., and may be further re-set as the Court's calendar requires.  The deadline for the parties' case management conference statement is **CONTINUED** to August 27, 2026 at noon.

The parties are reminded that they have the option to proceed before a magistrate judge. The parties may consent at any time to reassignment of the case to a magistrate judge of their choice, for all purposes, including entry of final judgment.  *See* Civil L.R. 73.  That one party refused to consent to a magistrate judge assigned off-the wheel does not foreclose a different magistrate judge assignment.  The magistrate judges in this district carry significant consent loads. Many were former partners in law firms and hail from elite legal institutions.  Should the parties wish to proceed before a magistrate judge, each party must file a consent form, available at https://cand.uscourts.gov/forms/magistrate-judge-consentdeclination-form, by no later than July 10, 2026.

///

///

The parties are free to withhold consent without adverse substantive consequences.

**IT IS SO ORDERED.**

Dated:  6/24/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2